# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159492-3(66)

SAMANTHA LICHON,
             Plaintiff-Appellee,

v

MICHAEL MORSE and MICHAEL J.
MORSE, PC,
             Defendants-Appellants.
_____/

SC: 159492
COA: 339972
Oakland CC: 17-158919-CZ

JORDAN SMITS,
             Plaintiff-Appellee,

v

MICHAEL MORSE and MICHAEL J.
MORSE, PC,
             Defendants-Appellants.
_____/

SC: 159493
COA: 341082
Wayne CC: 17-008068-CZ

On order of the Chief Justice, the motion of the Home Builders Association of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 6, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2020



Clerk